Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

```
                                                    ☒ FILED        ___ LODGED
                                                    ___ RECEIVED   ___ COPY

                                                      JAN 3 0 2020

                                                    CLERK U S DISTRICT COURT
                                                      DISTRICT OF ARIZONA
                                                    BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

**Precious C. Eneagu**
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**Citigroup / Citibank**
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **CV20-00217-PHX-GMS**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Precious Eneagu
Street Address: #221 N 51st Ave #1030
City and County: Glendale AZ 85304 Maricopa
State and Zip Code: AZ 85306
Telephone Number: 480 930 9954
E-mail Address: preciouseneagu80@icloud.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
   Name: CITIBANK Retail Bank Executive Response Unit
   Job or Title *(if known)*:
   Street Address: 100 Citibank Dr. Building 1 Floor 1
   City and County: San Antonio, Bexar County
   State and Zip Code: Texas 78245
   Telephone Number:
   E-mail Address *(if known)*:

Defendant No. 2
   Name: Citi
   Job or Title *(if known)*:
   Street Address: 388 Greenwich Street
   City and County: New York City, New York County
   State and Zip Code: New York 10013 U.S.A.
   Telephone Number:
   E-mail Address *(if known)*:

Defendant No. 3
   Name: The Citi Private Bank
   Job or Title *(if known)*: Citigroup Center
   Street Address: 153 East 53rd Street 16/F, Zone 19
   City and County: New York, New York County
   State and Zip Code: New York 10022 U.S.A.
   Telephone Number:
   E-mail Address *(if known)*:

Defendant No. 4
   Name: Citibank Client Services
   Job or Title *(if known)*: Citi Inquiries
   Street Address: P.O. Box 6500
   City and County: Sioux Falls
   State and Zip Code:
   Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*TCPA - Telephone Consumer Protection Act of 99*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

   b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

- Phone call to Citibank at 1800-314-9700 at aproximately 10 AM EST.
- Spoke with first representative who stated on multiple occaisions I was not fully authenticated with her.
- Provided me with account sensitive information; details being I have 1 closed checking account and one open; the debit card previously sent for my first checking account could be used for my new one.
- Liza hung up on me - (Liza within the escalation department) ~~promises~~

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$3,800,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-29-2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Precious C. Eneagu

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address